**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RANDY J. GILLETTE, SR. | Case No.:15-20377 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/05/2015 and confirmed on 06/02/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 550.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 550.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 119.08 | |
|     Trustee Fee | 19.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 138.88 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CREDIT ACCEPTANCE CORP* | 8,139.00 | 0.00 | 143.53 | 143.53 |
|     Acct: 0874 | | | | |
|   MAHONING CONSUMER DISC/FINANCE | 14,441.49 | 0.00 | 267.59 | 267.59 |
|     Acct: 6273 | | | | |
| | | | | 411.12 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY J. GILLETTE, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,500.00 | 119.08 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
|   COLUMBIA GAS OF PA INC* | 1,756.24 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX01-2 | | | | |
|   PENNSYLVANIA-AMERICAN WTR CO* | 462.04 | 0.00 | 0.00 | 0.00 |

| 15-20377 JAD | TRUSTEE'S FINAL REPORT AND ACCOUNT | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 0293 | | | | | |
| PENN POWER/FIRST ENERGY** | | 2,306.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8048 | | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | | 391.04 | 0.00 | 0.00 | 0.00 |
| Acct: 4730 | | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FI | | 77.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5506 | | | | | |
| ORION | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 411.12 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED      22,580.49
UNSECURED     4.993.42

**Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 10/19/2015

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com